IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 3 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01005-BNB

HERMAN MELVIN HINOJOSA,

      Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondent.

---

## ORDER TO FILE PRE-ANSWER RESPONSE

---

      Applicant, Herman Melvin Hinojosa, is a prisoner in the custody of the Colorado

Department of Corrections who currently is confined at the Buena Vista, Colorado,

minimum center. He has filed *pro se* an amended Application for Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2254.

      The Court notes that in the Application Mr. Hinojosa also names the United

States as a Respondent but that he has failed to list his custodian as a Respondent.

The law is well-established that the only proper respondent to a habeas corpus action is

the habeas applicant's custodian, *see* 28 U.S.C. § 2242; Rule 2(a), Rules Governing

Section 2254 Cases in the United States District Courts; and *Harris v. Champion*, 51

F.3d 901, 906 (10th Cir. 1995). However, because Mr. Hinojosa has failed to name his

custodian as a Respondent, the caption of this Order only lists the Attorney General of

the State of Colorado as Respondent. *See also* Rule 2(b) of Section 2254 Rules.

      As part of the preliminary consideration of the Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2254 in this case and pursuant to *Denson v. Abbott*, –

F. Supp. 2d –, 2008 WL 1970935 (D. Colo. 2008), the Court has determined that a limited Pre-Answer Response is appropriate. Respondent is directed pursuant to Rule 4 of the Section 2254 Rules to file a Pre-Answer Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). If Respondent does not intend to raise either of these affirmative defenses, he must notify the Court of that decision in the Pre-Answer Response. Respondent may not file a dispositive motion as his Pre-Answer Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Pre-Answer Response, Respondent should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

Applicant may reply to the Pre-Answer Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies. Applicant also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2254 action in this Court. Accordingly, it is

ORDERED that the only proper Respondent for the purpose of service is the Attorney General of the State of Colorado. It is

FURTHER ORDERED that **within twenty (20) days from the date of this Order** Respondent shall file a Pre-Answer Response that complies with this Order. It is

2

FURTHER ORDERED that **within twenty (20) days of the filing of the Pre-Answer Response** Applicant may file a Reply, if he desires.  It is

FURTHER ORDERED that if Respondent does not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, they must notify the Court of that decision in the Pre-Answer Response.

DATED June 3, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  08-cv-01005-BNB

Herman Melvin Hinojosa
Prisoner No. 103003
Buena Vista Min. Center
PO Box 2005
Buena Vista, CO 81211

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**


      I hereby certify that I have mailed a copy of the ORDER to the above-named
individuals, and the following forms to John Suthers: AMENDED APPLICATION FOR
WRIT OF HABEAS CORPUS FILED 05/30/08 on _6/3/08_ .

                                    GREGORY C. LANGHAM, CLERK


                              By: _____
                                            Deputy Clerk