IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 03 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01005-BNB

HERMAN MELVIN HINOJOSA,

Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO Warden,

Respondent.

---

## ORDER OF REASSIGNMENT

---

Applicant, Herman Melvin Hinojosa, is a prisoner in the custody of the Colorado

Department of Corrections who currently is incarcerated at the Buena Vista, Colorado,

Minimum Center. Mr. Hinojosa initiated the instant action by filing *pro se* an application

for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He paid the $5.00 filing fee.

On June 18, 2008, Applicant filed a document, erroneously characterized as a

Pre-Answer Response, in which he clarifies that he is challenging his federal sentence

in *United States v. Hinojosa*, No. 04-cr-00245-MJK, which is to be served consecutive

to the state sentence he currently is serving. On June 19, 2008, the Attorney General

filed a motion titled "Unopposed Motion to Recharacterize Hinojosa's Application Under

28 U.S.C. § 2254 as a Motion for Relief Under 28 U.S.C. § 2255, and to Remove the

Attorney General of the State of Colorado as a Respondent." The unopposed motion

certifies that the Attorney General conferred with Mr. Hinojosa, and that Mr. Hinojosa

does not oppose the motion. *See* unopposed motion at 4.

In the motion, the Attorney General contends that the instant habeas corpus application pursuant to 28 U.S.C. § 2254 should be recharacterized as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 because Applicant is challenging his future federal sentence, not the state sentence he currently is serving. Therefore, the Court will construe the instant action as a § 2255 action, and reassign the action to the Honorable Marcia S. Krieger, who handled the underlying criminal action in No. 04-cr-00245-MJK. Accordingly, it is

ORDERED that the instant action is construed as 28 U.S.C. § 2255 action. It is

FURTHER ORDERED that the clerk of the Court reassign this action to the Honorable Marcia S. Krieger, who handled the underlying criminal action in No. 04-cr-00245-MJK. It is

FURTHER ORDERED that the clerk of this Court correct the docketing records for this action to reflect its true nature of suit.

DATED at Denver, Colorado, this __2__ day of ____July____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01005-BNB

Herman Melvin Hinojosa
Prisoner No. 103003
Buena Vista Minimum Center
PO Box 2005
Buena Vista, CO 81211

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on___7-3-8___

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk