IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01005-MSK

HERMAN MELVIN HINOJOSA,

    Applicant,

v.

UNITED STATES, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER TO TRANSFER 28 U.S.C. § 2255 MOTION TO
## TENTH CIRCUIT COURT OF APPEALS

The Applicant, Herman Melvin Hinojosa, is a prisoner who filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 **(#3)**. The Court granted **(#8)** an unopposed motion to recharacterize the § 2254 application as a motion under 28 U.S.C. § 2255 challenging Mr. Hinojosa' sentence in Criminal Action No. 04-cr-00245-MSK.

Mr. Hinojosa previously filed a motion under 28 U.S.C. § 2255 in Criminal Action No. 04-cr-00245-MSK, which was denied. As a consequence, the instant § 2255 motion is a second or successive § 2255 motion. Pursuant to 28 U.S.C. § 2244(b)(3) and 28 U.S.C. § 2255, Mr. Hinojosa must apply to the Tenth Circuit for an order authorizing this Court to consider the instant § 2255 motion, and submit the necessary authorization from the Tenth Circuit. No such authorization has been submitted. Thus, the motion will be be transferred to the Tenth Circuit pursuant to 28 U.S.C. § 1631. *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997). Accordingly, it is

**ORDERED** that the Clerk of Court is directed to transfer the motion under 28 U.S.C. § 2255 **(#3)** to the United States Court of Appeals for the Tenth Circuit, and to close this case.

Dated this 7th day of July, 2008

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge